JULIE CONASON et al., Respondents, v MEGAN HOLDING, LLC, et al., Appellants.

Submitted February 1, 2016; decided May 10, 2016

Motion dismissed upon the ground that no action or proceeding is presently before the Court of Appeals. An application to enforce this Court's remittitur, if such application properly lies, is by appeal, not motion (*see* Arthur Karger, Powers of the New York Court of Appeals § 5:30 at 193-194 [3d ed rev 2015]) [*see* 25 NY3d 1 (2015)].

In the Matter of JOSEPH T. DELGRANDE, Appellant, v GREENVILLE FIRE DISTRICT et al., Respondents.

Submitted March 28, 2016; decided May 10, 2016

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 26 NY3d 918 (2016)].

Judge GARCIA taking no part.

TERRY LANE, Respondent, v LYDELL TYSON, Appellant.

Submitted March 21, 2016; decided May 10, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.